# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140648

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DWAYNE CHRISTOPHER WILLIAMS,
     Defendant-Appellant.

SC: 140648
COA: 295088
Wayne CC: 08-014673-FC;
08-014708-FC; 08-014710-FC

_____/

     On order of the Court, the application for leave to appeal the January 5, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

d0621